IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRAVIS ENGELBART,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | 8:20-CV-327<br><br>ORDER |

IT IS ORDERED:

1. The defendant's unopposed motion to reverse and remand (filing 21) is granted.

2. This case is reversed and remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3. The plaintiff's motion for an order reversing the Commissioner's decision (filing 17) is denied as moot.

4. A separate judgment will be entered.

Dated this 12th day of April, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge