IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRAVIS ENGELBART,<br><br>               Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>               Defendant. | 8:20-CV-327<br><br>JUDGMENT |

Pursuant to the memorandum and order entered this date, judgment is entered for the plaintiff and against the defendant providing that the plaintiff is awarded attorney fees and costs totaling $3,351.64 to be paid out of the Judgment Fund administered by the Department of Justice.

Dated this 3rd day of August, 2021.

BY THE COURT:

_John M. Gerrard_ (signature)
John M. Gerrard
United States District Judge